United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Elizabeth Young
for the United States Trustee
elizabeth.a.young@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| David Godat | § § § § § | Case No. 25-30097-SGJ-7 |
| Debtor. | § | |

**UNITED STATES TRUSTEE'S MOTION TO COMPEL ATTENDANCE OF DAVID GODAT AT § 341 MEETING OF CREDITORS**

TO THE HONORABLE STACEY G. JERNIGAN, U.S. BANKRUPTCY JUDGE:

Lisa L. Lambert, the United States Trustee for Region 6 (the "United States Trustee") files her motion to compel David Godat's ("Debtor") appearance at the September 4, 2025, § 341 meeting of creditors. The United States Trustee would show:

**Summary**

The Court should compel the Debtor to appear at the continued §341 meeting of creditors set for September 4, 2025, and answer creditors' questions. The §341 meeting has been continued seven times. Dr. Godat appeared once, and due to a poor internet connection, dropped off before the parties could conclude their questioning. The United States Trustee and Chapter 7 Trustee have requested documents, of which many have yet to be produced. Because the Debtor has

consistently failed to attend his § 341 meeting, the United States Trustee requests the Court to compel his attendance.

## Factual Background

**Chronological History:**

1. Dr. Godat filed his voluntary Chapter 7 petition on January 7, 2025. ("Petition Date") [docket no. 1]

2. Dr. Godat is represented in this case by Howard Spector.

3. Dr. Godat filed his Original Schedules and Statement of Financial Affairs on February 6, 2025. [docket nos. 21, 23]

4. On April 10, 2025, the United States Trustee requested the following documents in connection with her review of this case:

   - All financial and bank statements with supporting check detail for the period from April 1, 2024, to present for both personal accounts and any related business accounts. This includes 401(k)s, e-currency, PayPal, Venmo, CashApp, and similar accounts, on which debtors are signatories and/or joint owners.
   - Federal income tax returns for last 2 years.
   - Documentation of personal guarantee of any business debts including, but not limited to:
     - GG Plastic Surgery Institute, P.A.
     - Godat Investments, LLC
     - DCG Property Holdings, LLC
     - Icon ASC LLC
     - Cafecito Coffee Company, LLC
     - GG Medspa, LLC

5. As of July 17, 2025, Dr. Godat has failed to produce any bank account statements. However, he has produced his credit card statements and some tax returns.

6. The extended deadline to object to discharge is September 27, 2025. [docket no. 55]

**Debtor's Income and Expenses**

7. Dr. Godat is currently self-employed as a physician and receives $15,000.00 per month in gross wages. [docket no. 21, Schedule I]

8. Dr. Godat does not have any dependents. [docket no. 21, Schedule J]

9. Per his calculations, Dr. Godat's monthly income exceeds monthly expenses by $186.00. [docket no. 21, Schedule J].

10. Dr. Godat's monthly expenses include the following:

   a. $5,950.00 in rent;

   b. $150.00 in electricity;

   c. $33.00 in water;

   d. $171.00 in telephone;

   e. $120.00 in other utilities;

   f. $1,000.00 in food;

   g. $1,000.00 in clothing;

   h. $200.00 in personal care;

   i. $1,500.00 in medical and dental expenses;

   j. $400.00 in transportation expenses;

   k. $1,000.00 in entertainment expenses;

   l. $200.00 in vehicle insurance;

   m. $1,090.00 in car payments; and

   n. $2,000.00 in alimony payments.

[docket no. 21, Schedule J].

11. To date, Dr. Godat has not amended his Schedules I and J.

**Assets**

12. Dr. Godat owns the following pieces of real property: 12750 N. Central Expwy, Dallas, Texas valued at $50,000.00 and 12550 N. Central Expwy, Dallas, Texas valued at $450,000.00. [docket no. 21, Schedule A/B]

13. Dr. Godat leases his residence at 3601 Harvard Ave., Dallas Texas.[1] [docket no. 21, Schedule A/B]

14. Dr. Godat schedules two vehicles, a 2021 Bentley Continental valued at $170,000.00, and a 2023 Ford Bronco valued at $40,000.00. [docket no. 21, Schedule A/B]

15. Dr. Godat scheduled a total of $34,301.00 in personal property. [docket no. 21, Schedule A/B]. Those assets include:

    a. Furniture valued at $22,000.00;

    b. Electronics valued at $700.00;

    c. Stone and wood carvings valued at $3,500.00;

    d. 2 shotguns, 2 rifles and 4 handguns valued at $3,500.00;

    e. Wearing apparel valued at $2,000.00;

    f. 2 dogs valued at $100.00;

    g. Cash of $1,500.00;

    h. Interests in the following businesses:

        i. GG Plastic Surgery Institute, P.A. valued at $0;

        ii. Godat Investments, LLC valued at $0;

        iii. DCG Property Holdings, LLC valued at $0;

        iv. Icon ASC LLC valued at $0;

---

[1] According to his testimony at the March 7 341 Meeting, 3601 Harvard Ave is owned by his brother and Dr. Godat rents a room.

      v.   Cafecito Coffee Company, LLC valued at $0; and

      vi.   GG Medspa, LLC valued at $0;

   i.   Medical license valued at $1.00;

   j.   Claims against wife (Isabella Garofanelli) with an unknown value; and

   k.   Surgical instruments valued at $1,000.00.

16.    On March 7, 2025, Dr. Godat amended his Schedule A/B, to include a 2022 Aston Martin DBX valued at $138,300.00. [docket no. 31]

17.    Although Dr. Godat leases two different residences in Florida, one in Miami and one in Coral Gables, he does not list any leases on Schedule G. [docket no. 21]

**Schedules D, E/F**

18.    Dr. Godat's Original Schedule D states his secured debt totals $2,517,074.66, and consists of $2,300,000.00 owed to the IRS, $40,366.40 owed for the 2023 Ford Bronco, $176,708.17 owed for the 2021 Bentley Continental. [Schedule D].

19.    Dr. Godat's Amended Schedule D now includes $143,296.55 owed for the 2022 Aston Martin DBX.

20.    Dr. Godat's priority debt on Schedule E/F totals $650,000.00 in amounts owed solely to Christine Duncan for domestic support obligations. [Schedule E/F]

21.    Dr. Godat's general unsecured debt on Schedule E/F totals $3,620,193.00. [Schedule E/F]

22.    Dr. Godat admits on his petition that his debts are primarily consumer both in quantity and amount. *In re Booth*, 858 F.2d 1051, 1055 (5th Cir. 1988).

**February 11 341 Meeting**

23. Dr. Godat failed to appear at his initial 341 Meeting set for February 11, 2025, due to illness.

24. The February 11 341 Meeting was continued to February 20, 2025, to allow Dr. Godat to recover from his illness.

**February 20 341 Meeting**

25. Dr. Godat failed to appear at the continued February 20 341 Meeting.

26. The February 20 341 Meeting was continued to March 7, 2025, to allow Dr. Godat to appear.

**March 7 341 Meeting**

27. Dr. Godat appeared and testified at the March 7 341 Meeting.

28. Dr. Godat testified that he inadvertently failed to list a vehicle, his 2022 Aston Martin, on his Schedules.

29. Dr. Godat also testified he missed his first two 341 meetings because he was in the operating room.

30. He further testified that he is a subcontractor for plastic surgery and it's hard to predict his surgery schedule.

31. Dr. Godat testified he is currently living in Florida and leasing two apartments there, one in Miami for approximately $1,500.00 a month, and one in Coral Gables for approximately $6,000.00 a month.

32. Although he lists his official address at 3601 Harvard and paying rent to his brother Peter Godat for a room in that house, he has been working in Florida since June 2024.

33. Due to connectivity issues, the 341-meeting ended before the conclusion of the Chapter 7 Trustee's questioning.

34. The March 7 341 Meeting was continued to March 31, 2025, to allow Dr. Godat to produce documents and to address connectivity issues.

**March 31 23 341 Meeting**

35. Dr. Godat failed to appear at the March 31 341 Meeting.

36. The March 31 341 Meeting was continued to May 22, 2025, to allow Dr. Godat to appear.

**May 22 341 Meeting**

37. The May 22 341 Meeting was continued to June 16, 2025.

**June 16 341 Meeting**

38. Dr. Godat failed to appear at the June 16 341 Meeting.

39. The June 16 341 Meeting was continued to July 17, 2025.

**July 17 341 Meeting**

40. Dr. Godat failed to appear at the July 17, 2025, 341 Meeting.

41. According to his attorney, the failure to appear was due to emergency surgery.

42. The July 17, 2025 341 Meeting was continued to September 4, 2025.

**Debtor's Previous Bankruptcy Case**

43. Dr. Godat filed a previous chapter 11 bankruptcy on March 7, 2024, initiating case 24-30681-sgj-11.

44. Dr. Godat filed his case, and remained *pro se*.

45. On July 10, 2024, the Court granted Dr. Godat's voluntary motion to dismiss this case. [case 24-30681, docket no. 45]

**Argument**

### *The Debtor should be compelled to attend the § 341 meeting of creditors*

46. Section 341(a) provides that "the United States trustee shall convene and preside at a meeting of creditors." 11 U.S.C. § 341(a). In turn, a "debtor shall appear and submit to examination under oath at the meeting of creditors under section 341(a) of this title." 11 U.S.C. § 343.

47. Section 105(a) of the Bankruptcy Court provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a); see also *Am. Airlines Inc. v. Allied Pilots Ass'n*, 228 F.3d 574, 585 (5th Cir 2000) (holding that a bankruptcy court has authority under § 105 to enforce its own orders).

48. The Debtor should be compelled to testify at his § 341 meeting on July 17, 2025. The 341 meeting has been continued seven times to accommodate Dr. Godat's schedule. Dr. Godat has failed to produce all requested documents to the United States Trustee and Chapter 7 Trustee. As an individual debtor, Dr. Godat is the sole person who can produce information and documents to support the information contained in his schedules and statement of financial affairs. The Debtor's failure to appear at his last three § 341 meetings appears to be a bad faith attempt to subvert the bankruptcy process and avoid meeting his obligations as a Debtor. This Court should compel the Debtor to appear at his continued § 341 meeting on September 4, 2025.

### Conclusion

The United States Trustee respectfully requests that the Court compel Dr. Godat to appear and testify at his § 341 meeting of creditors. The United States Trustee further requests any further proper relief.

DATED: July 21, 2025

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

/s/ Elizabeth A. Young

>Elizabeth A. Young
>Trial Attorney
>Texas State Bar No. 24086345 (Also by New York)
>Office of the United States Trustee
>1100 Commerce Street, Room 976
>Dallas, Texas 75242
>(214) 767-8967 x 1247
>elizabeth.a.young@usdoj.gov

### Certificate of Conference

I certify that on **July 17, 2025**, I emailed Howard Spector concerning the filing of this motion to confer on whether the Debtor opposed the relief sought herein. No response has been received from the Debtor as of the filing of this motion.

>*/s/ Elizabeth A. Young*

### Certificate of Service

I certify that on **July 21, 2025**, I sent a copy of the foregoing document via first-class, United States mail, postage prepaid, to the parties listed below and via ECF to all such parties entitled to receive such service.

>*/s/ Elizabeth A. Young*
>Elizabeth A. Young

**David Godat**
3601 Harvard Ave
Dallas, TX 75205

**Howard Marc Spector**
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

**Chandra Dianne Pryor**
Bonial & Associates PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

**Marcus Eason**
McGinnis Lochridge LLP
609 Main Street
Ste 2800
Houston, TX 77002

**Sherrel K. Knighton**
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

**FC Marketplace, LLC**
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

**JaKayla DaBera**
Kane Russell Coleman Logan
901 Main St.
Ste 5200
Dallas, TX 75202

**Joshua Lee Shepherd**
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, TX 75206

**Christopher V. Arisco**
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102

**Ivan Escobar Gomez**
Padfield & Stout, LLP
100 Throckmorton Street
Ste. 700
Fort Worth, TX 76102

**Matthew Joseph Lee**
Wright Law Group, PLLC
1201 W Peachtree St NW, Ste 2625
Pmb 84356
Atlanta, GA 30309-3499

**Elizabeth Banda Calvo**
Perdue Brandon Fielder Collins Mott
500 E. Border St.
Ste 640
Arlington, TX 76010

**Charles Brackett Hendricks**
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 570
Dallas, TX 75202

**Scott M. Seidel**
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093