United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967, ext. 1247

Elizabeth Young,
for the United States Trustee
elizabeth.a.young@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re § | | |
| § | | |
| David Godat § | CASE NO. | 25-30097-SGJ-7 |
| § | | |
| § | Hearing: | August 21, 2025 |
| Debtor. § | | at 2:30 p.m. |
| § | | |

**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO COMPEL ATTENDANCE OF DAVID GODAT AT § 341 MEETING OF CREDITORS**

Please take notice that a hearing on the *United States Trustee's Motion to Compel Attendance of David Godat at § 341 Meeting of Creditors* [ECF No. 57], filed by the United States Trustee, on July 21, 2025, has been set for hearing on **August 21, 2025, at 2:30 p.m.** before Judge Stacey G. Jernigan at **1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas**. The hearing will be conducted in a hybrid format; any party may appear, in-person, in Judge Jernigan's courtroom; or via WebEx: **WebEx Link**: https://us-courts.webex.com/meet/jerniga WebEx Teleconference Information: Dial-in 650-479-3207 Access Code 2304 154 2638**.** A copy of Judge Jernigan's WebEx instructions is attached to this Notice of Hearing.

DATED: July 23, 2025                    Respectfully submitted,

                                        LISA L. LAMBERT
                                        UNITED STATES TRUSTEE

*/s/ Elizabeth A. Young*
Elizabeth A. Young
Trial Attorney
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

## Certificate of Service

I certify that on **July 23, 2025**, I sent a copy of the foregoing document via first-class, United States mail, postage prepaid, to the parties listed below and on the attached matrix.

*/s/ Elizabeth A. Young*

**David Godat**
3601 Harvard Ave
Dallas, TX 75205

**Howard Marc Spector**
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

**Chandra Dianne Pryor**
Bonial & Associates PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

**Marcus Eason**
McGinnis Lochridge LLP
609 Main Street
Ste 2800
Houston, TX 77002

**Sherrel K. Knighton**
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

**FC Marketplace, LLC**
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

**JaKayla DaBera**
Kane Russell Coleman Logan
901 Main St.
Ste 5200
Dallas, TX 75202

**Joshua Lee Shepherd**
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, TX 75206

**Christopher V. Arisco**
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102

**Ivan Escobar Gomez**
Padfield & Stout, LLP
100 Throckmorton Street
Ste. 700
Fort Worth, TX 76102

**Matthew Joseph Lee**
Wright Law Group, PLLC
1201 W Peachtree St NW, Ste 2625
Pmb 84356
Atlanta, GA 30309-3499

**Elizabeth Banda Calvo**
Perdue Brandon Fielder Collins Mott
500 E. Border St.
Ste 640
Arlington, TX 76010

**Charles Brackett Hendricks**
Cavazos Hendricks Poirot, P.C.
900 Jackson St., Suite 570
Dallas, TX 75202

**Scott M. Seidel**
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093

# JUDGE STACEY G. JERNIGAN

**WebEx Meeting Link:**
**https://us-courts.webex.com/meet/jerniga**

**WebEx Teleconference Information:**
**Dial-in 650-479-3207 Access Code 2304 154 2638**

## NOTICE OF HEARING CONTENT AND FILING REQUIREMENTS

For remote and hybrid hearings in Judge Jernigan's court, the notice of hearing must (1) advise case participants that appearances by WebEx are permitted, (2) include notice of the WebEx Meeting Link https://us-courts.webex.com/meet/jerniga, and (3) refer participants to Judge Jernigan's webpage at https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates for WebEx Hearing Instructions and Helpful Hints and Etiquette. When filing the notice of hearing in ECF, the filer should select https://us-courts.webex.com/meet/jerniga as the hearing location for all remote and hybrid hearings. Select the hearing location *Dallas Judge Jernigan Ctrm* only if participants are **required** to attend in person.

## WEBEX HEARINGS – CONNECTION INSTRUCTIONS

Please connect at least 10 minutes prior to the hearing time using one of the two options below. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours prior to the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**
- It is strongly preferred that participants who wish to speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.
- Attorneys offering legal argument or conducting examination and all witnesses are required to utilize the video function. The Court may consider special requests for other appearance options on a case-by-case basis.
- Please connect using only one device. Using two or more devices may cause audio feedback issues.
- If using a smartphone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the Court or other participants.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**
The meeting number/access code and dial-in number can be found on the attached WebEx Connection Information. Please use *6 or the mute function on your smartphone to mute your line.

## **HELPFUL HINTS AND ETIQUETTE**

• Please use the mute function when you are not speaking. Please be aware that sometimes the Court mutes everyone when there is background noise. When you want to speak, make sure you are not muted. Call-in users should dial *6 to unmute your line.

• Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record. Also, use your proper name on your device or for your WebEx login when participating over video, so that the Court can more easily determine who is speaking.

• Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.

• During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

• WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

• When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

• Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

• Participants are reminded that they should wear attire suitable for court.

• Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy at [sgj_settings@txnb.uscourts.gov](mailto:sgj_settings@txnb.uscourts.gov).

## **EXHIBITS AND DEMONSTRATIVE AIDS**

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF, with a true and correct copy of each designated exhibit filed as a separate, individual attachment, so that the Court and all participants have ready access to all designated exhibits. For voluminous exhibits, please provide the Court with two exhibit notebooks in advance of the hearing. For any witness who is to be called to testify remotely, the party calling the witness is responsible for supplying the witness or counsel, as appropriate, with paper copies of all designated exhibits prior to the hearing.

Demonstrative aids and PowerPoints should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.