IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-30097-sgj7 |
| DAVID GODAT | |
| DEBTOR(S) | CHAPTER 7 |

### **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, as counsel for PNC BANK, NATIONAL Association, and files this Notice of Appearance and Request for Notices. LOGS Legal Group LLP requests receipt of all copies of notices and pleadings, including but not limited to all notices sent pursuant to Rule 2002 of the Bankruptcy Rules and all copies of all pleadings filed pursuant to Bankruptcy and Local Rules 4001, 9007, and 9013.

Respectfully Submitted,

_____
Grant M. Tabor 24027905
LOGS Legal Group LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
(713) 462-2565
logsecf@logs.com
Attorneys for Movant
25-043140