United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Elizabeth Young
for the United States Trustee
elizabeth.a.young@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30097-SGJ-7 |
| David Godat | § | |
| | § | |
| | § | Hearing: August 21, 2025 |
| | § | 2:30 PM |
| Debtor. | § | |

**WITNESS AND EXHIBIT LIST ON THE UNITED STATES TRUSTEE'S MOTION TO COMPEL ATTENDANCE OF DAVID GODAT AT § 341 MEETING OF CREDITORS**

TO THE HONORABLE STACEY G. JERNIGAN, U.S. BANKRUPTCY JUDGE:

The United States Trustee for Region 6 files this Witness and Exhibit List in connection with her *Motion to Compel Attendance of David Godat at § 341 Meeting of Creditors*. [docket no. 46].

### Witnesses

1. David Godat.

2. Scott Seidel, Chapter 7 Trustee.

3. Any other witness designated by any other party.

**Exhibits**

| Exhibit Number | Description | Admitted |
|---|---|---|
| UST-1 | Docket sheet for case no. 25-30097-SGJ-7 as of August 15, 2025 | |
| UST-2 | Petition, Schedules and Statement of Financial Affairs [docket nos. 1, 21, 23] | |
| UST-3 | United States Trustee's Letter to Howard Spector dated April 10, 2025. | |
| UST-4 | Amended Schedule A/B, D [docket nos. 31, 32] | |
| UST-5 | Order Granting Trustee's Motion to Extend Time to File a Complaint Pursuant to 11 U.S.C. § 727 [docket no. 55] | |
| UST-6 | Trustee's Interim Report Dated July 30, 2025 [docket no. 60] | |
| UST-7 | United State Trustee's Motion to Compel Attendance of David Godat at § 341 Meeting of Creditors [docket no. 57] | |
| UST-8 | Docket sheet for case 24-30681-sgj-11 | |
| UST-9 | Order Dismissing Case 24-30681 dated July 10, 2024 [case 24-30681, docket no. 45] | |

The United States Trustee also designates all exhibits referenced in any witness and exhibit lists filed by any other party. The United States Trustee reserves the right to use testimony and documents offered into evidence by other parties. The United States Trustee also reserves the right to introduce any other pleading filed of record in this case and to offer into evidence such additional documents as may be appropriate for impeachment purposes. Copies of the United States Trustee's Exhibits are attached at the end of this document.

DATED: August 15, 2025        Respectfully submitted,

                                       LISA L. LAMBERT
                                       UNITED STATES TRUSTEE

                                       /s/ Elizabeth A. Young
                                       Elizabeth A. Young
                                       Trial Attorney
                                       Texas State Bar No. 24086345 (Also by New York)
                                       Office of the United States Trustee
                                       1100 Commerce Street, Room 976
                                       Dallas, Texas 75242

(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

## Certificate of Service

I certify that on **August 15, 2025**, I sent a copy of the foregoing document via first-class, United States mail, postage prepaid, with exhibits to the parties listed below, and a copy of the document and exhibits via ECF to those requested notice.

*/s/ Elizabeth A. Young*
Elizabeth A. Young

**David Godat**
3601 Harvard Ave
Dallas, TX 75205

**Howard Marc Spector**
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251