## U.S. Bankruptcy Court
### Northern District of Texas (Dallas)
### Bankruptcy Petition #: 25-30097-sgj7

*Date filed:* 01/07/2025
*341 meeting:* 09/04/2025
*Deadline for objecting to discharge:* 09/27/2025

*Assigned to:* Chief Bankruptcy Jud Stacey G Jernigan
Chapter 7
Voluntary
No asset

| | |
|---|---|
| **Debtor**<br>**David Godat**<br>3601 Harvard Ave<br>Dallas, TX 75205<br>DALLAS-TX<br>SSN / ITIN: xxx-xx-9600 | represented by **Howard Marc Spector**<br>Spector & Cox, PLLC<br>12770 Coit Road<br>Banner Place, Suite 850<br>Dallas, TX 75251<br>(214) 365-5377<br>Fax : (214) 237-3380<br>Email: hspector@spectorcox.com |
| **Trustee**<br>**Scott M. Seidel**<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093<br>(214) 234-2500 | represented by **Charles Brackett Hendricks**<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson St., Suite 570<br>Dallas, TX 75202<br>(214) 573-7302<br>Fax : (214) 573-7399<br>Email: chuckh@chfirm.com<br><br>**Scott M. Seidel**<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093<br>(214) 234-2500<br>Email: scott@scottseidel.com |
| **U.S. Trustee**<br>**United States Trustee**<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>214-767-8967 | represented by **Elizabeth Ziegler Young**<br>U.S. Trustee Office<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>(214) 767-8967<br>Fax : (214) 767-8971<br>Email: elizabeth.a.young@usdoj.gov |

| Filing Date | Docket Text |
|---|---|
| 01/07/2025 | 1 (14 pgs) Individual Chapter 7 voluntary petition. Fee Amount $338 Filed by David M Godat (Spector, Howard) |
| 01/07/2025 | Receipt of filing fee for Voluntary petition (chapter 7)( 25-30097-7) [misc,volp7a] ( 338.00). Receipt number A32121586, amount $ 338.00 (re: Doc# 1). (U.S. Treasury) |

| 01/07/2025 | [2](1 pg) Certificate of credit counseling dated 1/6/2025 . Filed by Debtor David M Godat. (Spector, Howard) |
|---|---|
| 01/07/2025 | [5](2 pgs) Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Seidel, Scott M. with 341(a) meeting to be held on 2/11/2025 at 10:30 AM via Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Last day to oppose discharge or dischargeability is 4/14/2025. (Foster, Harold) |
| 01/08/2025 | [6](3 pgs) Notice of deficiency. Schedule A/B due 1/21/2025. Schedule C due 1/21/2025. Schedule D due 1/21/2025. Schedule E/F due 1/21/2025. Schedule G due 1/21/2025. Schedule H due 1/21/2025. Schedule I due 1/21/2025. Schedule J due 1/21/2025. Declaration about an Individual Debtors Schedules due 1/21/2025. Summary of Assets and Liabilities and Certain Statistical Information due 1/21/2025. Statement of Financial Affairs due 1/21/2025.Statement of Income/Means Test Form due 1/21/2025. Employee Income Records due 1/21/2025. (Hyden, Kara) |
| 01/10/2025 | [8](1 pg) Notice of appearance and request for notice filed by Creditor FC Marketplace, LLC. (Cramer, Christopher) |
| 01/10/2025 | [9](4 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)[5] Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Seidel, Scott M. with 341(a) meeting to be held on 2/11/2025 at 10:30 AM via Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Last day to oppose discharge or dischargeability is 4/14/2025.) No. of Notices: 22. Notice Date 01/10/2025. (Admin.) |
| 01/10/2025 | [10](4 pgs) BNC certificate of mailing - meeting of creditors. No. of Notices: 22. Notice Date 01/10/2025. (Admin.) |
| 01/10/2025 | [11](4 pgs) BNC certificate of mailing. (RE: related document(s)[6] Notice of deficiency. Schedule A/B due 1/21/2025. Schedule C due 1/21/2025. Schedule D due 1/21/2025. Schedule E/F due 1/21/2025. Schedule G due 1/21/2025. Schedule H due 1/21/2025. Schedule I due 1/21/2025. Schedule J due 1/21/2025. Declaration about an Individual Debtors Schedules due 1/21/2025. Summary of Assets and Liabilities and Certain Statistical Information due 1/21/2025. Statement of Financial Affairs due 1/21/2025.Statement of Income/Means Test Form due 1/21/2025. Employee Income Records due 1/21/2025.) No. of Notices: 1. Notice Date 01/10/2025. (Admin.) |
| 01/13/2025 | [12](1 pg) Notice of deficiency financial management course certificate before discharge. (Admin) |
| 01/16/2025 | [13](2 pgs) BNC certificate of mailing. (RE: related document(s)[12] Notice of deficiency financial management course certificate before discharge. (Admin)) No. of Notices: 1. Notice Date 01/16/2025. (Admin.) |
| 01/17/2025 | [14](2 pgs) Notice of Appearance and Request for Notice by Matthew Joseph Lee filed by Creditor NewLane Finance Company. (Lee, Matthew) |
| 01/20/2025 | [15](3 pgs) Motion to extend time to file schedules or new case deficiencies, excluding matrix (RE: related document(s)[6] Notice of deficiency) Filed by Debtor David Godat (Spector, Howard) |
| 01/21/2025 | [16](3 pgs) Notice of Appearance and Request for Notice by Christopher V. Arisco filed by Creditor LeasePoint Funding Group, LLC. (Arisco, Christopher) |
| 01/21/2025 | [17](3 pgs) Notice of Appearance and Request for Notice by Ivan Escobar Gomez filed by Creditor LeasePoint Funding Group, LLC. (Escobar Gomez, Ivan) |
| 01/23/2025 | [18](3 pgs) Notice of Appearance and Request for Notice by Joshua Lee Shepherd filed by Creditor Isabella Garofanelli. (Shepherd, Joshua) |

| | |
|---|---|
| 02/04/2025 | 19 (2 pgs) Motion to extend time to file schedules or new case deficiencies, excluding matrix (RE: related document(s)6 Notice of deficiency) Filed by Debtor David Godat (Spector, Howard) |
| 02/06/2025 | 20 (2 pgs) Order granting 19 Motion to extend time. (Re: related document(s) 6 Notice of deficiency) Employee Income Records due 2/6/2025 for 6, Schedule A/B due 2/6/2025 for 6, Schedule C due 2/6/2025 for 6, Schedule D due 2/6/2025 for 6, Schedule E/F due 2/6/2025 for 6, Schedule G due 2/6/2025 for 6, Schedule H due 2/6/2025 for 6, Schedule I due 2/6/2025 for 6, Schedule J due 2/6/2025 for 6, Statement of Income/Means Test Form due 2/6/2025 for 6, Statement of Financial Affairs due 2/6/2025 for 6, Summary of Assets and Liabilities and Certain Statistical Information due 2/6/2025 for 6, Declaration about an Individual Debtors Schedules due 2/6/2025 for 6, Entered on 2/6/2025. (Ecker, C.) |
| 02/06/2025 | 21 (40 pgs) Schedules: A-B through J, with Summary of Assets and Liabilities with Declaration About an Individual Debtors Schedules,. Filed by Debtor David Godat (RE: related document(s)6 Notice of deficiency). (Spector, Howard) |
| 02/06/2025 | Employee income statement regarding pay advices 11 USC sec. 521. Debtor is self-employed and is unable to provide copies of pay stubs from 60 days prior to petition date. Name of business: Physician.. Filed by Debtor David Godat (RE: related document(s)6 Notice of deficiency). (Spector, Howard) |
| 02/06/2025 | 22 (2 pgs) Creditor matrix amended to add additional creditor(s). Fee Amount $34. Filed by Debtor David Godat. (Spector, Howard) |
| 02/06/2025 | Receipt of filing fee for Matrix( 25-30097-sgj7) [misc,matrix] ( 34.00). Receipt number A32220750, amount $ 34.00 (re: Doc# 22). (U.S. Treasury) |
| 02/06/2025 | 23 (8 pgs) Statement of financial affairs for an individual . Filed by Debtor David Godat (RE: related document(s)6 Notice of deficiency). (Spector, Howard) |
| 02/06/2025 | 24 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor David Godat. (Spector, Howard) |
| 02/06/2025 | 25 (4 pgs) Chapter 7 Statement of Current Monthly Income Form 122A-1 . Filed by Debtor David Godat (RE: related document(s)6 Notice of deficiency). (Spector, Howard) |
| 02/13/2025 | Continuance of meeting of creditors originally scheduled for 2/11/2025. To be continued on 2/20/2025 at 02:00 PM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Debtor was ill and did not attend on February 11. Debtor absent. (Seidel, Scott) |
| 02/14/2025 | 27 (1 pg) Notice of Appearance and Request for Notice by Sherrel K. Knighton filed by Creditor Dallas County. (Knighton, Sherrel) |
| 02/19/2025 | 28 (19 pgs; 3 docs) Motion for relief from stay *Against: 2022 Aston Martin DBX* Fee amount $199, Filed by Creditor JPMorgan Chase Bank, N.A Objections due by 3/5/2025. (Attachments: # 1 Exhibit # 2 Exhibit "List") (Pryor, Chandra) |
| 02/19/2025 | 29 (3 pgs) Notice of hearing filed by Creditor JPMorgan Chase Bank, N.A (RE: related document(s)28 Motion for relief from stay *Against: 2022 Aston Martin DBX* Fee amount $199, Filed by Creditor JPMorgan Chase Bank, N.A Objections due by 3/5/2025. (Attachments: # 1 Exhibit # 2 Exhibit "List")). Hearing to be held on 3/13/2025 at 01:30 PM at https://us-courts.webex.com/meet/jerniga for 28, (Pryor, Chandra) |
| 02/19/2025 | Receipt of filing fee for Motion for relief from stay( 25-30097-sgj7) [motion,mrlfsty] ( 199.00). Receipt number A32256333, amount $ 199.00 (re: Doc# 28). (U.S. Treasury) |

| | |
|---|---|
| 02/20/2025 | Continuance of meeting of creditors originally scheduled for 2/20/2025. To be continued on 3/7/2025 at 09:00 AM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Debtor did not appear. Final reset for debtor will be on March 7, 2025 (Seidel, Scott) |
| 02/28/2025 | 30 (2 pgs) Notice of Appearance and Request for Notice by Elizabeth Banda Calvo filed by Creditor Richardson ISD. (Calvo, Elizabeth) |
| 03/07/2025 | 31 (10 pgs) Amended Schedules: A-B, with Declaration About an Individual Debtors Schedules,. Filed by Debtor David Godat. (Spector, Howard) |
| 03/07/2025 | 32 (6 pgs) Amended Schedules: D, (Adding additional creditor or creditors) fee Amount $34 with Declaration About an Individual Debtors Schedules,. Filed by Debtor David Godat. (Spector, Howard) |
| 03/07/2025 | Receipt of filing fee for Schedules( 25-30097-sgj7) [misc,schedall] ( 34.00). Receipt number A32305656, amount $ 34.00 (re: Doc# 32). (U.S. Treasury) |
| 03/07/2025 | 34 (7 pgs; 2 docs) Motion to extend time to file objection to discharge Filed by Debtor David Godat Objections due by 3/28/2025. (Attachments: # 1 Certificate of Service) (Spector, Howard) |
| 03/12/2025 | Announcement of DEFAULT ORDER regarding hearing scheduled for 3/13/2025. No response filed. Movant to upload default order per Chandra Dianne Pryor, filed by Creditor JPMorgan Chase Bank, N.A (RE: related document(s)28 Motion for relief from stay *Against: 2022 Aston Martin DBX* Fee amount $199, Filed by Creditor JPMorgan Chase Bank, N.A Objections due by 3/5/2025. (Attachments: # 1 Exhibit # 2 Exhibit "List")). (Pryor, Chandra) |
| 03/17/2025 | Continuance of meeting of creditors originally scheduled for 3/7/2025. To be continued on 3/31/2025 at 01:00 PM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. (Seidel, Scott) |
| 03/17/2025 | Continuance of meeting of creditors originally scheduled for 3/31/2025. To be continued on 3/31/2025 at 09:30 AM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. The previous docket entry for the continued meeting had an incorrect time. The CORRECT time for 3/31/2025 is 9:30 am (Seidel, Scott) |
| 03/25/2025 | 35 (2 pgs) Order granting motion for relief from stay by Creditor JPMorgan Chase Bank, N.A (related document # 28) Entered on 3/25/2025. (Ecker, C.) |
| 03/25/2025 | 36 (3 pgs) Notice of Appearance and Request for Notice by Marcus Eason filed by Interested Party Bentley Financial Services. (Eason, Marcus) |
| 03/28/2025 | 37 (106 pgs; 7 docs) Motion for relief from stay Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 4/11/2025. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order) (DaBera, JaKayla) |
| 03/30/2025 | Receipt of filing fee for Motion for relief from stay( 25-30097-sgj7) [motion,mrlfsty] ( 199.00). Receipt number A32373006, amount $ 199.00 (re: Doc# 37). (U.S. Treasury) |
| 03/31/2025 | Continuance of meeting of creditors originally scheduled for 3/31/2025. To be continued on 5/22/2025 at 10:30 AM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Debtor did not appear. Counsel for the debtor appeared. Debtor's counsel is to file Motion to Extend all deadlines for all parties to June 27, 2025, without prejudice to requesting additional extensions. Debtor absent. (Seidel, Scott) |
| 03/31/2025 | 38 (1 pg) Notice of deficiency financial management course certificate before discharge. (Admin) |

| | |
|---|---|
| 04/03/2025 | [39](#) (6 pgs; 2 docs) Notice of hearing filed by Creditor Isabella Garofanelli (RE: related document(s)[37](#) Motion for relief from stay Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 4/11/2025. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order)). Preliminary hearing to be held on 4/24/2025 at 01:30 PM at https://us-courts.webex.com/meet/jerniga. (Attachments: # [1](#) Service List) (DaBera, JaKayla) |
| 04/03/2025 | [40](#) (3 pgs) BNC certificate of mailing. (RE: related document(s)[38](#) Notice of deficiency financial management course certificate before discharge. (Admin)) No. of Notices: 1. Notice Date 04/03/2025. (Admin.) |
| 04/07/2025 | [41](#) (2 pgs) Withdrawal *of Notice of Appearance* filed by Creditor Isabella Garofanelli (RE: related document(s)[18](#) Notice of appearance and request for notice). (Shepherd, Joshua) |
| 04/10/2025 | [42](#) (7 pgs; 2 docs) Amended Motion to extend time to file objection to discharge Filed by Debtor David Godat Objections due by 5/1/2025. (Attachments: # [1](#) Certificate of Service) (Spector, Howard) |
| 04/14/2025 | [43](#) (3 pgs) Motion to delay entry of debtor's discharge to Enlarge Time to File Reaffirmation Agreements Filed by Debtor David Godat (Spector, Howard) |
| 04/16/2025 | [44](#) (2 pgs) Trustee's Response opposed to (related document(s): [37](#) Motion for relief from stay Fee amount $199, filed by Creditor Isabella Garofanelli) filed by Trustee Scott M. Seidel. (Hendricks, Charles) |
| 04/17/2025 | [45](#) (34 pgs; 8 docs) Declaration re: *Support of Motion for Relief from Stay* filed by Creditor Isabella Garofanelli (RE: related document(s)[37](#) Motion for relief from stay Fee amount $199,). (Attachments: # [1](#) Exhibit # [2](#) Exhibit # [3](#) Exhibit # [4](#) Exhibit # [5](#) Exhibit # [6](#) Exhibit # [7](#) Service List) (DaBera, JaKayla) |
| 04/18/2025 | [46](#) (1 pg) Financial management course certificate (batch) filed by Personal Financial Management Course Provider. (Sage Personal Finance) |
| 04/24/2025 | 47 Hearing held on 4/24/2025. (RE: related document(s) [37](#) Motion for relief from stay, filed by Creditor Isabella Garofanelli; (Appearances: J. DaBera for movant. Scott Seidel, trustee. Stay is lifted to allow divorce court to enter divorce decree only. Trustee to upload order.) (Edmond, Michael) |
| 05/02/2025 | [48](#) (23 pgs; 5 docs) Motion for relief from stay Fee amount $199, Filed by Interested Party Bentley Financial Services Objections due by 5/16/2025. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Proposed Order) (Eason, Marcus) |
| 05/02/2025 | Receipt of filing fee for Motion for relief from stay( [25-30097-sgj7](#)) [motion,mrlfsty] ( 199.00). Receipt number A32480640, amount $ 199.00 (re: Doc# [48](#)). (U.S. Treasury) |
| 05/02/2025 | [49](#) (3 pgs) Notice of hearing filed by Interested Party Bentley Financial Services (RE: related document(s)[48](#) Motion for relief from stay Fee amount $199, Filed by Interested Party Bentley Financial Services Objections due by 5/16/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order)). Preliminary hearing to be held on 5/29/2025 at 01:30 PM at https://us-courts.webex.com/meet/jerniga. (Eason, Marcus) |
| 05/20/2025 | [50](#) (3 pgs) Second Motion to extend time to file objection to discharge Objections due by 6/10/2025. (Seidel, Scott) |
| 05/21/2025 | [51](#) (2 pgs) Order granting motion for relief from stay by Creditor Isabella Garofanelli (related document # [37](#)) Entered on 5/21/2025. (Almaraz, Jeanette) |

| | |
|---|---|
| 05/21/2025 | [52](link) (6 pgs; 2 docs) Certificate of no objection filed by Interested Party Bentley Financial Services (RE: related document(s)48 Motion for relief from stay Fee amount $199,). (Attachments: # 1 Proposed Order) (Eason, Marcus) |
| 05/21/2025 | Continuance of meeting of creditors originally scheduled for 5/22/2025. To be continued on 6/16/2025 at 02:00 PM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. The Trustee continues to wait on document production by the debtor (Seidel, Scott) |
| 05/28/2025 | Announcement of AGREED ORDER regarding hearing scheduled for 5/29/2025. Agreed order to be uploaded by Marcus Eason, filed by Interested Party Bentley Financial Services (RE: related document(s)48 Motion for relief from stay Fee amount $199, Filed by Interested Party Bentley Financial Services Objections due by 5/16/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order)). (Eason, Marcus) |
| 05/28/2025 | [53](link) (3 pgs) Agreed Order granting motion for relief from stay by Interested Party Bentley Financial Services (related document # 48) Entered on 5/28/2025. (Almaraz, Jeanette) |
| 06/16/2025 | [54](link) (1 pg) Certificate of no objection filed by Trustee Scott M. Seidel (RE: related document(s)50 Second Motion to extend time to file objection to discharge ). (Seidel, Scott) |
| 06/17/2025 | [55](link) (1 pg) Order granting motion to extend time to file objection to discharge (related document # 50) Last day to oppose discharge or dischargeability is 9/27/2025. Entered on 6/17/2025. (Almaraz, Jeanette) |
| 06/19/2025 | [56](link) (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)55 Order granting motion to extend time to file objection to discharge (related document 50) Last day to oppose discharge or dischargeability is 9/27/2025. Entered on 6/17/2025.) No. of Notices: 29. Notice Date 06/19/2025. (Admin.) |
| 07/01/2025 | Continuance of meeting of creditors originally scheduled for 6/16/2025. To be continued on 7/17/2025 at 10:30 AM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Debtor absent. (Seidel, Scott) |
| 07/17/2025 | Continuance of meeting of creditors originally scheduled for 7/17/2025. To be continued on 9/4/2025 at 10:30 AM at Zoom - Seidel: Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145. Debtor absent. (Seidel, Scott) |
| 07/21/2025 | [57](link) (10 pgs) Motion to compel Attendance of David Godat at 341 Meeting of Creditors. *UNITED STATES TRUSTEES MOTION TO COMPEL ATTENDANCE OF DAVID GODAT AT § 341 MEETING OF CREDITORS* Filed by U.S. Trustee United States Trustee Objections due by 8/11/2025. (Young, Elizabeth) |
| 07/23/2025 | [58](link) (5 pgs) Notice of hearing filed by U.S. Trustee United States Trustee (RE: related document(s)57 Motion to compel Attendance of David Godat at 341 Meeting of Creditors. *UNITED STATES TRUSTEES MOTION TO COMPEL ATTENDANCE OF DAVID GODAT AT § 341 MEETING OF CREDITORS* Filed by U.S. Trustee United States Trustee Objections due by 8/11/2025.). Hearing to be held on 8/21/2025 at 02:30 PM Dallas Judge Jernigan Ctrm for 57, (Young, Elizabeth) |
| 07/29/2025 | [59](link) (1 pg) Notice of Appearance and Request for Notice by Grant Matthew Tabor Filed by Creditor PNC BANK, NATIONAL Association. (Tabor, Grant) |
| 07/30/2025 | [60](link) (2 pgs) Trustee's interim report for the period ending: June 30, 2025. Projected date of filing final report: (Seidel, Scott) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/15/2025 08:52:33 | | | |
| **PACER Login:** | EZYoung1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-30097-sgj7 Fil or Ent: filed From: 8/1/2020 To: 8/15/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |