

**U.S. Department of Justice**

Office of the United States Trustee

*Region 6*
*Northern & Eastern Districts of Texas*

| | |
|---|---|
| *United States Courthouse, Room 976* | *214-767- 8967* |
| *1100 Commerce Street* | *Fax 214-767-8971* |
| *Dallas, Texas 75242* | |

April 10, 2025

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Banner Place, Suite 850
Dallas, TX 75251

                                                      **RE:**    David, Godat
                                                                      Case No. 25-30097-SGJ-7

Dear Mr. Spector:

The United States Trustee is responsible for monitoring cases filed under Chapter 7 of the Bankruptcy Code to promote the integrity and efficiency of the bankruptcy system and prevent occurrences of fraud and abuse. As part of that function, we review the documents filed in each case and the accuracy of the information disclosed. An initial review of the above referenced case has raised concerns which has prompted this inquiry letter. Please provide the documentation requested below to our office no later than **Thursday, April 17th, 2025**. **Clearly label all documentation.**

- All financial and bank statements with supporting check detail for the period from April 1, 2024, to present for both personal accounts and any related business accounts. This including 401(k)s, e-currency, PayPal, Venmo, CashApp, and similar accounts, on which debtors are signatories and/or joint owners.
- Federal income tax returns for last 2 years.
- Documentation of personal guarantee of any business debts including, but not limited to:
    - GG Plastic Surgery Institute, P.A.
    - Godat Investments, LLC
    - DCG Property Holdings, LLC
    - Icon ASC LLC
    - Cafecito Coffee Company, LLC
    - GG Medspa, LLC

Documentation may be forwarded to Rafay Suchedina, Bankruptcy Analyst/Auditor at the Office of the United States Trustee. If you prefer e-mail, please send to Bankruptcy Auditor/Analyst Rafay.Suchedina@usdoj.gov with a copy to Trial Attorney Elizabeth Young Elizabeth.A.Young@usdoj.gov.

We appreciate your cooperation in responding to our inquiry. If you should have any concerns or questions regarding the requested information and documents, please do not hesitate to contact Rafay Suchedina at 214-767-1246. Thank you for your attention to this matter.

                                                      **LISA LAMBERT**
                                                      **UNITED STATES TRUSTEE**

copies to:
Elizabeth Young, Trial Attorney
Scott Seidel, Chapter 7 Trustee