Case 25-30097-sgj7 Doc 51-5 Filed 06/12/25 Entered 06/12/25 15:43:21 Desc Exhibit ST-5 Page 1 of 1



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 17, 2025

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
|---|---|---|
| | § | Case No. 25-30097-sgj-7 |
| DAVID M. GODAT | § | |
| | § | Chapter 7 |
| Debtor | § | |

### ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727

Came on to be considered the Trustee's Motion to Extend Time to File a Complaint Pursuant to 11 U.S.C. §727 (the "Motion"). The Court, having considered the Motion, Fed. R. Bankr. P. 9006, and 4004(b), and the certificate of no opposition, finds good cause that the Motion should be granted. It is therefore:

**ORDERED** that the deadline for filing complaints for the objection to discharge under 11 U.S.C. §727 is extended from June 27, 2025, to September 27, 2025, without prejudice to further requests.

### END OF ORDER ###