Case 25-30097-sgj7 Doc 60 Filed 07/30/25 Entered 07/30/25 15:29:03 Desc Main Document Page 1 of 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 25-30097-SGJ | **Trustee Name:** | Scott M. Seidel |
| **Case Name:** | GODAT, DAVID M | **Date Filed (f) or Converted (c):** | 01/07/2025 (f) |
| **For the Period Ending:** | 6/30/2025 | **§341(a) Meeting Date:** | 02/11/2025 |
| | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 12750 N. Central Expwy Dallas TX 75243 | $50,000.00 | $0.00 | | $0.00 | $50,000.00 |
| 2 | 12550 N. Central Expwy Dallas TX 75243 | $450,000.00 | $0.00 | | $0.00 | $450,000.00 |
| 3 | 3601 Harvard Ave Dallas TX | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | listed as a leasehold | | | | | |
| 4 | 2021 Bentley Continental Mileage: 15,000 Other Information: 2021 Bentley Continental (approx.15,000 miles) | $170,000.00 | $0.00 | | $0.00 | $170,000.00 |
| **Asset Notes:** | MTLS DN 48 | | | | | |
| 5 | 2023 Ford Bronco Mileage: 11,000 Other Information: 2023 Ford Bronco (approx. 11,000miles) | $40,000.00 | $0.00 | | $0.00 | $40,000.00 |
| 6 | Beds, TVs, dishes, pots/pans, silverare, dressers, washer/dryer,microwave, dining table and chairs, couches, lamps, rugs, misc household goods | $22,000.00 | $0.00 | | $0.00 | FA |
| 7 | 3 computers, monitors, iphone | $700.00 | $0.00 | | $0.00 | FA |
| 8 | stone and wood carvings | $3,500.00 | $0.00 | | $0.00 | FA |
| 9 | 2 shotguns, 2 rifles, 4 handguns | $3,500.00 | $0.00 | | $0.00 | FA |
| 10 | Wearing apparel for 1 | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2 dogs | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Cash: | $1,500.00 | $0.00 | | $0.00 | FA |
| 13 | GG Plastic Surgery Institute, P.A. 100% | $0.00 | $0.00 | | $0.00 | $0.00 |
| 14 | Godat Investments, LLC 100% | $0.00 | $0.00 | | $0.00 | $0.00 |
| 15 | DCG Property Holdings, LLC | $0.00 | $0.00 | | $0.00 | $0.00 |
| 16 | Icon ASC LLC | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17 | Cafecito Coffee Company, LLC | $0.00 | $0.00 | | $0.00 | $0.00 |
| 18 | GG Medspa, LLC | $0.00 | $0.00 | | $0.00 | $0.00 |
| 19 | Medical license | $1.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | The trustee cannot monetize a medical license for the estate | | | | | |
| 20 | Claims against wife (Isabella Garofanelli) | Unknown | $0.00 | | $0.00 | $0.00 |
| 21 | surgical instruments | $1,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2022 Aston Martin DBX **(u)** | $138,300.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 25-30097-SGJ
**Case Name:** GODAT, DAVID M
**For the Period Ending:** 6/30/2025

**Trustee Name:** Scott M. Seidel
**Date Filed (f) or Converted (c):** 01/07/2025 (f)
**§341(a) Meeting Date:** 02/11/2025
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** Asset added DN 31<br>Motion for Relief DN 28<br>Order granting Motion for Relief DN 35 | | | | | |
| **TOTALS (Excluding unknown value)** | **$882,601.00** | **$0.00** | | **$0.00** | **Gross Value of Remaining Assets** **$710,000.00** |

**Major Activities affecting case closing:**

06/30/2025 Debtor has failed to appear or attend any of the six 341 meetings set by the Clerk of the Court and the chapter 7 trustee

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL