8/15/25, 8:56 AM  Case 25-30097-sgj7   Doc 61-8   Filed 08/15/25   Entered 08/15/25 09:03:21   Desc
Bankruptcy Court - Northern District of Texas
Exhibit UST-8    Page 1 of 5

**REFORM, CLOSED**

# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
### Bankruptcy Petition #: 24-30681-sgj11

| | |
|---|---|
| *Assigned to:* Chief Bankruptcy Jud Stacey G Jernigan | *Date filed:* 03/07/2024 |
| Chapter 11 | *Date terminated:* 07/25/2024 |
| Voluntary | *Debtor dismissed:* 07/10/2024 |
| Asset | *341 meeting:* 07/29/2024 |
| | *Deadline for filing claims:* 07/09/2024 |
| | *Deadline for filing claims (govt.):* 09/03/2024 |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**David M Godat**
3601 Harvard Ave
Dallas, TX 75205
DALLAS-TX
954-850-0377
SSN / ITIN: xxx-xx-9600

represented by **David M Godat**
PRO SE

**U.S. Trustee**
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 03/07/2024 | [1](#) (10 pgs) Individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by David M Godat Chapter 11 Plan due by 7/5/2024. Disclosure Statement due by 7/5/2024. (Rielly, Bill) |
| 03/07/2024 | [3](#) (1 pg) Certificate of credit counseling dated 3/6/2024 . Filed by Debtor David M Godat . (Rielly, Bill) |
| 03/07/2024 | [4](#) (1 pg) Proof of identification (Rielly, Bill) |
| 03/07/2024 | [5](#) (3 pgs) Notice of deficiency. Schedule A/B due 3/21/2024. Schedule C due 3/21/2024. Schedule D due 3/21/2024. Schedule E/F due 3/21/2024. Schedule G due 3/21/2024. Schedule H due 3/21/2024. Schedule I due 3/21/2024. Schedule J due 3/21/2024. Declaration about an Individual Debtors Schedules due 3/21/2024. Summary of Assets and Liabilities and Certain Statistical Information due 3/21/2024. Statement of Financial Affairs due 3/21/2024.Statement of Income/Means Test Form due 3/21/2024. Employee Income Records due 3/21/2024. (Rielly, Bill) |
| 03/07/2024 | Receipt of Chapter 11 Filing Fee - $1,738.00 by WR. Receipt Number 3000218. (admin) |
| 03/09/2024 | [6](#) (4 pgs) BNC certificate of mailing. (RE: related document(s)[5](#) Notice of deficiency. Schedule A/B due 3/21/2024. Schedule C due 3/21/2024. Schedule D due 3/21/2024. Schedule E/F due 3/21/2024. Schedule G due 3/21/2024. Schedule H due 3/21/2024. Schedule I due 3/21/2024. Schedule J due 3/21/2024. Declaration about an Individual Debtors Schedules due 3/21/2024. Summary of Assets and Liabilities and Certain Statistical Information due 3/21/2024. Statement of Financial Affairs due 3/21/2024.Statement of |

| | |
|---|---|
| | Income/Means Test Form due 3/21/2024. Employee Income Records due 3/21/2024.) No. of Notices: 1. Notice Date 03/09/2024. (Admin.) |
| 03/11/2024 | 7 (3 pgs) INCORRECT ENTRY: INCORRECT TIME. TRUSTEE TO REISSUE. Meeting of creditors 341(a) meeting to be held on 4/10/2024 at 09:30 AM by TELEPHONE. Proofs of Claims due by 7/9/2024. Government Proof of Claim due by 9/3/2024. (Nixon, Sandra) Modified on 3/12/2024 (Tello, Chris). |
| 03/12/2024 | 8 (3 pgs) Meeting of creditors 341(a) meeting to be held on 4/10/2024 at 11:00 AM by TELEPHONE. Proofs of Claims due by 7/9/2024. Government Proof of Claim due by 9/3/2024. (Nixon, Sandra) |
| 03/15/2024 | 9 (2 pgs) Notice of Appearance and Request for Notice by Kerrie S Mattson-Neal filed by Creditor PNC Bank, National Association. (Mattson-Neal, Kerrie) |
| 03/15/2024 | 10 (4 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)8 Meeting of creditors 341(a) meeting to be held on 4/10/2024 at 11:00 AM by TELEPHONE. Proofs of Claims due by 7/9/2024. Government Proof of Claim due by 9/3/2024.) No. of Notices: 1. Notice Date 03/15/2024. (Admin.) |
| 03/21/2024 | 11 (29 pgs) Schedules: A-B through J, with Summary of Assets and Liabilities with Declaration About an Individual Debtors Schedules, . Filed by Debtor David M Godat (RE: related document(s)5 Notice of deficiency). (Rielly, Bill) |
| 03/21/2024 | 12 (12 pgs) Statement of financial affairs for an individual . Filed by Debtor David M Godat (RE: related document(s)5 Notice of deficiency). (Rielly, Bill) |
| 03/21/2024 | 13 (2 pgs) Chapter 11 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122B . Filed by Debtor David M Godat (RE: related document(s)5 Notice of deficiency). (Rielly, Bill) |
| 03/21/2024 | 14 (1 pg) Employee income statement regarding pay advices 11 USC sec. 521. Debtor is self-employed and is unable to provide copies of pay stubs from 60 days prior to petition date . Filed by Debtor David M Godat (RE: related document(s)5 Notice of deficiency). (Rielly, Bill) |
| 04/02/2024 | 15 (1 pg) Notice of appearance and request for notice filed by Creditor FC Marketplace, LLC. (Cramer, Christopher) |
| 04/09/2024 | 16 (3 pgs) Notice of Appearance and Request for Notice by Christopher V. Arisco filed by Creditor LeasePoint Funding Group, LLC. (Arisco, Christopher) |
| 04/09/2024 | 17 (3 pgs) Notice of Appearance and Request for Notice by Ivan Escobar Gomez filed by Creditor LeasePoint Funding Group, LLC. (Escobar Gomez, Ivan) |
| 04/25/2024 | 18 (2 pgs) Notice of Appearance and Request for Notice by John W. Mee III filed by Creditor BOKF, NA dba Bank of Texas. (Mee, John) |
| 04/25/2024 | Statement Adjourning 341(a) Meeting of Creditors. *via telephone: 1-866-818-4670; passcode 3304120* 341(a) meeting to be held on 5/30/2024 at 09:30 AM by TELEPHONE. (Young, Elizabeth) |
| 04/29/2024 | 19 (1 pg) Notice of Appearance and Request for Notice by John Kendrick Turner filed by Creditor Dallas County. (Turner, John) |
| 05/03/2024 | 20 (121 pgs; 7 docs) Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 5/17/2024. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order) (DaBera, JaKayla) |

| | |
|---|---|
| 05/03/2024 | 21 (5 pgs) Notice of hearing filed by Creditor Isabella Garofanelli (RE: related document(s)20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 5/17/2024. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order)). Preliminary hearing to be held on 5/30/2024 at 01:30 PM at https://us-courts.webex.com/meet/jerniga. (DaBera, JaKayla) |
| 05/03/2024 | Receipt of filing fee for Motion for relief from stay( 24-30681-sgj11) [motion,mrlfsty] ( 199.00). Receipt number A31386224, amount $ 199.00 (re: Doc# 20). (U.S. Treasury) |
| 05/17/2024 | 22 (3 pgs) Response opposed to (related document(s): 20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, filed by Creditor Isabella Garofanelli) filed by Debtor David M Godat . (Tello, Chris) |
| 05/17/2024 | 23 (1 pg) Clerk's correspondence requesting: Please provide a written signature for your Response to Motion for Relief from Stay filed 5/17/2024 and file with the clerk's office. from debtor. (RE: related document(s)20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 5/17/2024. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order)) (Tello, Chris) |
| 05/19/2024 | 24 (3 pgs) BNC certificate of mailing. (RE: related document(s)23 Clerk's correspondence requesting: Please provide a written signature for your Response to Motion for Relief from Stay filed 5/17/2024 and file with the clerk's office. from debtor. (RE: related document(s)20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 5/17/2024. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order))) No. of Notices: 1. Notice Date 05/19/2024. (Admin.) |
| 05/22/2024 | 25 (5 pgs) Notice of hearing filed by Creditor Isabella Garofanelli (RE: related document(s)20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, Filed by Creditor Isabella Garofanelli Objections due by 5/17/2024. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Proposed Order)). Preliminary hearing to be held on 6/6/2024 at 01:30 PM at https://us-courts.webex.com/meet/jerniga. (DaBera, JaKayla) |
| 05/28/2024 | 26 (3 pgs) INCORRECT ENTRY: SEE # 27 FOR CORRECTION. Reply to (related document(s): 22 Response filed by Debtor David M Godat) filed by Debtor David M Godat . (Ecker, C.) Modified on 5/28/2024 (Ecker, C.). |
| 05/28/2024 | 27 (3 pgs) Response opposed to (related document(s): 20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199, filed by Creditor Isabella Garofanelli) filed by Debtor David M Godat . (Ecker, C.) |
| 05/29/2024 | 28 (25 pgs; 4 docs) Affidavit *Affidavit of Isabella Garofanelli in Support of Isabella Garofanelli's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* filed by Creditor Isabella Garofanelli (RE: related document(s)20 Motion for relief from stay *Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* Fee amount $199,). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (DaBera, JaKayla) |
| 05/30/2024 | Statement Adjourning 341(a) Meeting of Creditors. via telephone: 1-866-818-4670; passcode 3304120 341(a) meeting to be held on 6/12/2024 at 09:30 AM by TELEPHONE. (Young, Elizabeth) |
| 05/30/2024 | 29 (4 pgs; 2 docs) Certificate of service re: Affidavit filed by Creditor Isabella Garofanelli (RE: related document(s)28 Affidavit). (Attachments: # 1 Exhibit A) (DaBera, JaKayla) |

| | |
|---|---|
| 06/03/2024 | 30 (1 pg) Motion to dismiss case Filed by Debtor David M Godat (Dugan, Sue) |
| 06/03/2024 | 31 (3 pgs) Motion to continue hearing on (related documents 20 Motion for relief from stay) Filed by Debtor David M Godat (Dugan, Sue) |
| 06/04/2024 | 32 (9 pgs) Amended Motion to continue hearing on (related documents 20 Motion for relief from stay) Filed by Debtor David M Godat (Ecker, C.) |
| 06/06/2024 | 34 Hearing held on 6/6/2024. (RE: related document(s) 20 Motion for relief from stay Motion of Isabella Garofanelli for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), filed by Creditor Isabella Garofanelli; (Appearances: David Godat, pro se debtor. J. DaBera for movant. Laura Hayes, counsel for movant in state court. Motion granted. If the debtor files a subsequent case, the automatic stay will not apply to Creditor Isabella Garofanelli.) (Edmond, Michael) (Entered: 06/07/2024) |
| 06/07/2024 | 33 (2 pgs) Notice of Appearance and Request for Notice by Elizabeth Banda Calvo filed by Creditor Richardson ISD. (Calvo, Elizabeth) |
| 06/07/2024 | 35 (4 pgs; 2 docs) Motion to extend time to file objection to discharge Filed by Creditor JB&B Capital, LLC Objections due by 7/1/2024. (Attachments: # 1 Proposed Order) (Carruth, Jeffery) |
| 06/12/2024 | Statement Adjourning 341(a) Meeting of Creditors. *via telephone: 1-866-818-4670; passcode 3304120* 341(a) meeting to be held on 7/2/2024 at 09:30 AM by TELEPHONE. (Young, Elizabeth) |
| 06/12/2024 | 36 (3 pgs) Order granting motion for relief from stay by Creditor Isabella Garofanelli (related document # 20) Entered on 6/12/2024. (Blanco, J.) |
| 06/13/2024 | 37 (3 pgs) Notice of Appearance and Request for Notice by Elias Yazbeck filed by Creditor Porsche Financial Services, Inc.. (Yazbeck, Elias) |
| 06/14/2024 | 38 (2 pgs) Notice of Appearance and Request for Notice by Matthew Joseph Lee filed by Creditor NewLane Finance Company. (Lee, Matthew) |
| 06/14/2024 | 39 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)36 Order granting motion for relief from stay by Creditor Isabella Garofanelli (related document 20) Entered on 6/12/2024. (Blanco, J.)) No. of Notices: 1. Notice Date 06/14/2024. (Admin.) |
| 06/19/2024 | 40 (9 pgs; 2 docs) Motion for relief from stay *as to 3739 N. Versailles Ave., Dallas, TX 75209* Fee amount $199, Filed by Creditor PNC Bank, National Association Objections due by 7/3/2024. (Attachments: # 1 Proposed Order) (Bastianen, Peter) |
| 06/19/2024 | 41 (24 pgs) Affidavit filed by Creditor PNC Bank, National Association (RE: related document(s)40 Motion for relief from stay *as to 3739 N. Versailles Ave., Dallas, TX 75209* Fee amount $199,). (Bastianen, Peter) |
| 06/19/2024 | 42 (3 pgs) Notice of hearing filed by Creditor PNC Bank, National Association (RE: related document(s)40 Motion for relief from stay *as to 3739 N. Versailles Ave., Dallas, TX 75209* Fee amount $199, Filed by Creditor PNC Bank, National Association Objections due by 7/3/2024. (Attachments: # 1 Proposed Order)). Hearing to be held on 7/18/2024 at 01:30 PM at https://us-courts.webex.com/meet/jerniga for 40, (Bastianen, Peter) |
| 06/19/2024 | 43 (2 pgs) Exhibit List filed by Creditor PNC Bank, National Association (RE: related document(s)40 Motion for relief from stay *as to 3739 N. Versailles Ave., Dallas, TX 75209* Fee amount $199,). (Bastianen, Peter) |

| | |
|---|---|
| 06/19/2024 | Receipt of filing fee for Motion for relief from stay( 24-30681-sgj11) [motion,mrlfsty] ( 199.00). Receipt number A31520228, amount $ 199.00 (re: Doc# 40). (U.S. Treasury) |
| 07/02/2024 | Statement Adjourning 341(a) Meeting of Creditors. *via telephone: 1-866-818-4670; passcode 3304120* 341(a) meeting to be held on 7/29/2024 at 09:30 AM by TELEPHONE. (Young, Elizabeth) |
| 07/03/2024 | 44 (4 pgs) Response opposed to (related document(s): 40 Motion for relief from stay *as to 3739 N. Versailles Ave., Dallas, TX 75209* Fee amount $199, filed by Creditor PNC Bank, National Association) filed by Debtor David M Godat . (Whitaker, Sheniqua) |
| 07/10/2024 | 45 (2 pgs) Order granting motion to dismiss Debtor without prejudice. (related document # 30) Entered on 7/10/2024. (Blanco, J.) |
| 07/12/2024 | 46 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)45 Order granting motion to dismiss Debtor without prejudice. (related document 30) Entered on 7/10/2024. (Blanco, J.)) No. of Notices: 16. Notice Date 07/12/2024. (Admin.) |
| 07/25/2024 | Bankruptcy case closed. (Dozier, Bryan) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/15/2025 08:54:36 | | | |
| **PACER Login:** | EZYoung1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-30681-sgj11 Fil or Ent: filed From: 8/1/2020 To: 8/15/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |