Case 25-80095-sgj7  Doc 61  Filed 07/08/25  Entered 07/08/25 00:00:21  Desc
Exhibit ST-9   Page 1 of 22



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed July 9, 2024**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 24-30681-sgj11 |
| | § | |
| **David M. Godat,** | § | Chapter 11 |
| Debtor. | § | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

David M. Godat, the pro se debtor (the "Debtor") in the above-referenced bankruptcy case, filed his Individual Chapter 11 Voluntary Petition on March 7, 2024 [DE # 1]. On June 3, 2024, the Debtor filed his voluntary *Motion to Dismiss Chapter 11 Bankruptcy Case* [DE # 30] (the "Motion to Dismiss"). In his motion, the Debtor stated that he cannot afford the chapter 11 process and that he has been unable to obtain representation in this case. As of this date, the Motion to Dismiss is unopposed.

After finding good cause, the Court hereby **GRANTS** the Debtor's Motion to Dismiss. Accordingly,

**IT IS ORDERED** that the Debtor's bankruptcy case be, and hereby is, dismissed without prejudice.

### ###END OF ORDER###