Scott Seidel
TX Bar No. 17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093
Phone: (214) 234−2500
Email: scott@scottseidel.com
chapter 7 trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30097-sgj-7 |
| DAVID M. GODAT | § | |
| | § | Chapter 7 |
| Debtor | § | |

**THIRD MOTION TO EXTEND TIME TO FILE A COMPLAINT
PURSUANT TO 11 U.S.C. § 727**

A HEARING MAY NOT BE CONDUCTED HEREON UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE EARLE CABELL FEDERAL BUILDING - U.S. COURTHOUSE, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242-1496 BEFORE CLOSE OF BUSINESS ON SEPTEMBER 11, 2025, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3) ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO STACEY G.C. JERNIGAN, CHIEF UNITED STATES BANKRUPTCY JUDGE

    COMES NOW, Scott Seidel, the duly appointed Chapter 7 Trustee in the above-captioned proceeding, and pursuant to Fed. R. Bankr. P. 9006, and 4004(b), and files this Motion to Extend Time to File a Complaint Pursuant to 11 U.S.C. § 727, and in support thereof would respectfully show as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) and (J).

2. On January 7, 2025, David M. Godat (the "Debtor"), filed a voluntary petition under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"). Scott M. Seidel was assigned as trustee and continues to serve in that capacity.

3. The initial Section 341 meeting in this proceeding was scheduled for May 22, 2025.

4. In the Notice of Chapter 7 Bankruptcy Case, the Court set the deadline for §§ 523 and 727 complaints for April 14, 2025. *See* Docket No. 5.

5. The Debtor, at the chapter 7 trustee's request, has previously filed a Motion to Extend deadlines (Doc. Nos. 34 and 42). The current deadline to file an objection to the Debtor's discharge is June 27, 2025, pursuant to the Amended Motion filed at Doc. No. 42.

6. The Debtor has failed to appear and complete his §341 meeting of creditors. The chapter 7 trustee filed a Second Motion to Extend time to file Objection to Discharge (Doc. No. 50). An Order extending the deadline to file an Objection to discharge the last day to oppose dischargeability to September 27, 2025 (Doc. No. 55).

7. The office of the United States Trustee has filed a Motion to Compel attendance of the debtor at his § 341 Meeting of Creditors (Doc. No. 57). A hearing is set for the Motion to Compel on August 21, 2025.

8. The current § 341 meeting of creditors is scheduled for September 4, 2025. This is the eighth re-set meeting for this debtor due to either his nonappearance or connectivity issues at the previous seven re-set meetings.

9. Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c) allows the Court, for cause, to extend the time to object to discharge if such request is made before the expiration of the deadline. Federal Rule of Bankruptcy Procedure 9006(b) allows the enlargement of time to object to discharge upon a timely request.

10. Cause exists to extend the period to object to discharge beyond the currently set deadline due to the Debtor's incomplete petition documents and lack of appearance to complete the § 341 meeting of creditors. The Trustee requests that the deadline for § 727 complaints should be extended an additional ninety (90) days to December 27, 2025.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that, for all parties in interest, the deadline for filing complaints for the objection to discharge be extended from September 27, 2025, to December 27, 2025, without prejudice to further requests; and for such further relief as the Trustee shows himself to be justly entitled.

Respectfully submitted,
By: /s/ Scott M. Seidel
Scott M. Seidel, Esq.
Texas Bar No. 17999450
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-25
chapter 7 trustee

**CERTIFICATE OF CONFERENCE**

Counsel for the debtor emailed the trustee indicating he would not object to this Motion but would not file it from his office.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this the 21st day of August 2025 true and correct copies of this document were electronically served by the Court's ECF system on parties who receive electronic notification in this case.

      By: /s/ Scott M. Seidel
          Scott M. Seidel, Esq.