IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30097-sgj-7 |
| DAVID M. GODAT | § | |
| | § | Chapter 7 |
| Debtor | § | |

## ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727

Came on to be considered the Third Motion to Extend Time to File a Complaint Pursuant to 11 U.S.C. §727 (the "Motion"). The Court, having considered the Motion, Fed. R. Bankr. P. 9006, and 4004(b), and the certificate of no opposition, finds good cause that the Motion should be granted. It is therefore:

**ORDERED** that the deadline for filing complaints for the objection to discharge under 11 U.S.C. §727 is extended from September 27, 2025, to December 27, 2025, without prejudice to further requests.

# # # END OF ORDER # # #

1