

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 26, 2025**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 25-30097-SGJ-7 |
| DAVID GODAT | § § § § | |
| DEBTOR. | § § | |

**ORDER COMPELLING DAVID GODAT TO APPEAR AT § 341 MEETING OF CREDITORS**

On August 21, 2025, this cause came on for hearing before the Court on the *United States Trustee's Motion to Compel Attendance of David Godat at § 341 Meeting of Creditors [docket no. 57]*. Based on the record established at the hearing, the Court found cause exists to compel David Godat to appear at his continued § 341 meeting. Accordingly, it is

ORDERED that David Godat appear at his continued § 341 meeting on **September 4, 2025, at 1:30 P.M. CST** via Zoom at Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145.

###end of order###

Order Prepared by:

*Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Trial Attorney
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-8967 x 1247