United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Elizabeth Young
for the United States Trustee
elizabeth.a.young@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **David Godat** | § § § | Case No. 25-30097-SGJ-7 |
| **Debtor.** | § | |

### CERTIFICATE OF SERIVICE ON THE ORDER COMPELLING DAVID GODAT TO APPEAR AT § 341 MEETING OF CREDITORS

I certify that on **August 27, 2025**, I sent a copy of the *Order Compelling David Godat to Appear at § 341 Meeting of Creditors* [ECF No. 64], via first-class, United States mail to the following:

**David Godat**
3601 Harvard Ave
Dallas, TX 75205

**David Godat**
1500 Bay Rd #1234
Miami Beach, FL 33139

| | |
|---|---|
| DATED: August 27, 2025 | Respectfully submitted,<br><br>LISA L. LAMBERT<br>UNITED STATES TRUSTEE<br><br>*/s/ Elizabeth A. Young*<br>Elizabeth A. Young<br>Trial Attorney<br>Texas State Bar No. 24086345 (Also by New York)<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br>(214) 767-8967 x 1247<br>elizabeth.a.young@usdoj.gov |