



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 26, 2025**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-30097-SGJ-7 |
| DAVID GODAT | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR. | § | |

### ORDER COMPELLING DAVID GODAT TO APPEAR AT § 341 MEETING OF CREDITORS

On August 21, 2025, this cause came on for hearing before the Court on the *United States Trustee's Motion to Compel Attendance of David Godat at § 341 Meeting of Creditors [docket no. 57]*. Based on the record established at the hearing, the Court found cause exists to compel David Godat to appear at his continued § 341 meeting. Accordingly, it is

ORDERED that David Godat appear at his continued § 341 meeting on **September 4, 2025, at 1:30 P.M. CST** via Zoom at Meeting ID 852 364 7954, Passcode 5939858754, Phone 1-469-218-9145.

###end of order###

Order Prepared by:

*Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Trial Attorney
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-8967 x 1247

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30097-sgj |
| David Godat | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | David Godat, 3601 Harvard Ave, Dallas, TX 75205-3225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Dianne Pryor | on behalf of Creditor JPMorgan Chase Bank  N.A Chandra.Pryor@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Charles Brackett Hendricks | on behalf of Trustee Scott M. Seidel chuckh@chfirm.com  chps.ecfnotices@ecf.courtdrive.com |
| Christopher V. Arisco | on behalf of Creditor LeasePoint Funding Group  LLC carisco@padfieldstout.com |
| Elizabeth Banda Calvo | on behalf of Creditor Richardson ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Ziegler Young | on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Grant Matthew Tabor
    on behalf of Creditor PNC BANK  NATIONAL Association LOGSECF@logs.com, gtabor@logs.com

Howard Marc Spector
    on behalf of Debtor David Godat hspector@spectorcox.com
    sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Ivan Escobar Gomez
    on behalf of Creditor LeasePoint Funding Group  LLC iescobar@padfieldstout.com

JaKayla DaBera
    on behalf of Creditor Isabella Garofanelli jdabera@krcl.com  jdabera@ecf.courtdrive.com;ecf@krcl.com;srhea@kcrl.com

Marcus Eason
    on behalf of Interested Party Bentley Financial Services meason@mcginnislaw.com
    cosborn@mcginnislaw.com,rbrokaw@mcginnislaw.com

Matthew Joseph Lee
    on behalf of Creditor NewLane Finance Company mjl@replevin.com  ecf@writofseizure.com

Scott M. Seidel
    scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
    on behalf of Trustee Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Sherrel K. Knighton
    on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 15